UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

_____

**JUDGMENT IN A CIVIL CASE**

JERMAINE C MCDANIELS,

    Plaintiff,

    v.                                    Case No. 25-cv-03048-RK

CODY WILMURTH,

    Defendant.

☐     **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■     **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: ORDERED that this case is dismissed without prejudice, in that Defendant Smith is severed and dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m) and Plaintiff's remaining claims against Defendant Wilmurth are dismissed without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute and failure to comply with this Court's Orders.

Entered on:  September 2, 2025.

                                                                               PAIGE WYMORE-WYNN
                                                                               CLERK OF COURT

                                                                               /s/ GAM
                                                                               (By) Deputy Clerk